UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 22  A 11: 34

January 14, 2002

_____ DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO MR. STRIMBER:

Re:   John Lucas Enderle, et al. v.
      Gwyn Harrison, M.D., et al.
      Civil #L-01-2849

Dear Mr. Strimber:

The court file reflects that a summons was issued on September 26, 2001 for defendant Gwyn Harrison, and reissued on November 28, 2001 for defendant Sacred Heart Hospital of the Sisters of Charity, but there is no indication that the defendants have been served. Accordingly, you are directed to advise the Court, in writing, on or before February 1, 2002, as to the date when service was effected. If the defendants are unserved, describe your efforts, both past and present, for effecting service.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File