**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN LUCAS ENDERLE, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. L01CV2849 |
| GWYN HARRISON, M.D., et al. | * | |
| Defendants | * | |

*********************************************************************

### JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties, by their respective undersigned counsel have stipulated and agreed to extend the discovery deadlines and request this Court to approve the Stipulation as follows:

| | |
|---|---|
| Moving of joinder of Additional Parties and Amendment of Pleadings | 07/15/02 |
| Plaintiff's Rule 26(a)(2) disclosures re: experts | 07/29/02 |
| Defendant's Rule 26(a)(2) disclosures re: experts | 08/29/02 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosures re: experts | 09/12/02 |
| Discovery Deadline; Submission of Status Report | 10/15/02 |
| Requests for Admission | 10/21/02 |
| Dispositive Pretrial Motions Deadline | 11/11/02 |



_____
Michael Rosendorf
JANET, WILLOUGHBY & GERSHON
1829 Reisterstown Road
Suite 320
Baltimore, MD  20108
(410) 653-3200
Attorney for Plaintiffs

_____
Gertrude C. Bartel
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD  21202
(410) 752-6030
Attorney for Defendant,
Sacred Heart Hospital

_____
Conrad W. Varner
VARNER & GOUNDRY
A Professional Corporation
30 West Patrick Street, Suite 700
Frederick, Maryland  21701
(301) 631-1800
Attorneys for Defendant,
Gwyn Harrison, M.D.

Approved:

_____
United States District Judge

N:\Network.2\Harrison.Enderle\pleadings\mot. to ext. disc.\lz