## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN LUCAS ENDERLE, et al.

    Plaintiffs                 *

v.                                           *     Civil Action No. L01CV2849

GWYN HARRISON, M.D., et al.         *

    Defendants                *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT CONSENT MOTION TO EXTEND DISCOVERY DEADLINES

The parties, by their respective undersigned counsel request this Court to approve the Stipulation as follows:

| | |
|---|---|
| Discovery Deadline; Submission of Status Report | 01/13/03 |
| Requests for Admission | 01/20/03 |
| Dispositive Pretrial Motions Deadline | 02/10/03 |

The parties respectfully submit that, in the instant medical malpractice action, this proposed discovery schedule would permit the parties to complete discovery, including discovery of the opinions of expert witnesses through their oral deposition testimony, in advance of the close of discovery and the commencement of post-discovery proceedings.

The parties further state that significant discovery has been scheduled and completed. Moreover, the parties are cooperating in the scheduling of the remaining expert witness depositions, and expect to have all discovery completed on or before January 13, 2003.



WHEREFORE, the parties, through their respect counsel, respectfully request that this Honorable Court grant their Joint Consent Motion to Extend Discovery Deadlines.

*[signature]*
Michael Rosendorf
JANET, WILLOUGHBY & GERSHON
1829 Reisterstown Road
Suite 320
Baltimore, MD 20108
(410) 653-3200
Attorney for Plaintiffs

*[signature]*
Conrad W. Varner
VARNER & GOUNDRY
A Professional Corporation
30 West Patrick Street, Suite 700
Frederick, Maryland 21701
(301) 631-1800
Attorneys for Defendant,
Gwyn Harrison, M.D.

*[signature]*
Gertrude C. Bartel
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD 21202
(410) 752-6030
Attorney for Defendant,
Sacred Heart Hospital

Approved:

*[signature] B. Legg 10/3/02*
United States District Judge

N:\Network 2\Harrison.Enderle\pleadings\consent mot to extend disc.doc\lz

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 4 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY