UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 27  A 11: 27

AT BALTIMORE

_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 27, 2003

MEMORANDUM TO COUNSEL RE:     John Lucas Enderle, et al. v.
Gwyn Harrison, M.D., et al.
Civil #L-01-2849

Dear Counsel:

I thank counsel for their joint status report of January 13, 2003. I hereby approve an extension of the discovery deadline to February 13, 2003.

I may be misreading the report, but it appears to state that counsel are not in agreement that a settlement conference would be helpful and you are not requesting one. If you change your mind, please notify me, but be advised that the Magistrate Judges usually need several months lead time in order to schedule a conference.

Please submit a written joint status report at the conclusion of discovery.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:     Court file