## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN LUCAS ENDERLE, et al. | * |
|     Plaintiffs | * |
| v. | *     Civil Action No. L01CV2849 |
| GWYN HARRISON, M.D., et al. | * |
|     Defendants | * |

******************************************************************************

## ENTRY OF APPEARANCE

Please enter the appearance of Frederick W. Goundry, III and Varner & Goundry, A Professional Corporation, as counsel for Defendant, Gwyn Harrision, M.D.

                                                   _____/s/_____
                                                   Frederick W. Goundry
                                                   Bar No. 09440
                                                   VARNER & GOUNDRY
                                                   A Professional Corporation
                                                   31 West Patrick Street, Suite 100
                                                   Frederick, Maryland  21701
                                                   (301) 631-1800
                                                   Attorneys for Defendant,
                                                   Gwyn Harrison, M.D.