LAW OFFICES
## KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

GERTRUDE C. BARTEL

ALSO ADMITTED IN DC

E-MAIL
gbartel@kg-law.com

March 18, 2003

**VIA ELECTRONIC FILING**

The Honorable Susan K. Gauvey
U.S. Magistrate Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

  RE: John Lucas Enderle, *et al.* v. Gwyn Harrison, *et al.*
    United States District Court for the District of Maryland
    Case No. L 01CV2849

Dear Judge Gauvey:

  I am writing to confirm that the settlement conference in the above-captioned matter has been re-scheduled for May 27, 2003 at 9:30 a.m. by agreement of counsel and the Court. According to my assistant's conversation with the Court's chambers, the new deadlines are as follows:

| | |
|---|---|
| Letters from Counsel | -   May 13, 2003 |
| Itemization of Damages and Demand from Plaintiff | -   May 13, 2003 |
| Response to Demand from Defendants | -   May 20, 2003 |

The Honorable Susan K. Gauvey
March 18, 2003
Page 2

_____

The specifics of these documents are fully described in the Court's letter Order of March 4, 2003. I appreciate the Court's consideration.

Respectfully,

*Gertrude C. Bartel*

Gertrude C. Bartel

GCB/sas
cc:   Michael C. Rosendorf, Esquire
      Conrad W. Varner, Esquire