UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 2, 2003

MEMORANDUM TO COUNSEL RE:   John Lucas Enderle, et al. v. Gwyn Harrison, M.D., et al.
Civil #L-01-2849

Dear Counsel:

On May 30, 2003, the Court held a scheduling teleconference. This letter is to confirm the schedule set during the teleconference. For the reasons stated during the tape-recorded teleconference, the Court established the following schedule:

(i)   on or before September 10, 2003, the parties shall submit a joint proposed pretrial order;

(ii)  at 2:00 p.m. on September 19th, the Court will hold the pretrial conference; and

(iii) at 10:00 a.m. on September 29th, the jury trial will begin and proceed according to the following schedule:

| | |
|---|---|
| September 29th: | 10:00 a.m. to 5:00 p.m. |
| September 30th: | 10:00 a.m. to 5:00 p.m. |
| October 1st: | 10:00 a.m. to 5:00 p.m. |
| October 2nd: | 10:00 a.m. to 5:00 p.m. |
| October 3rd: | 10:00 a.m. to 5:00 p.m. |
| October 6th: | No Trial (Yom Kippur) |
| October 7th: | 10:00 a.m. to 5:00 p.m. |
| October 8th: | 10:00 a.m. to 5:00 p.m. |
| October 9th: | 10:00 a.m. to 5:00 p.m. (if necessary) |

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:     Court file