<u>IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND</u>

| | |
|---|---|
| JOHN LUCAS ENDERLE, et al. | * |
| Plaintiffs | * |
| v. | *     Civil Action No. L01CV2849 |
| GWYN HARRISON, M.D., et al. | * |
| Defendants | * |

*******************************************************************************

<u>**MOTION FOR CONTINUANCE OF TRIAL DATE**</u>

Defendant, Gwyn Harrison, M.D., by and through her attorneys, Conrad W. Varner and Varner & Goundry, A Professional Corporation, hereby moves for a continuance of the trial date in the above-referenced action, and states:

1. The trial in the above-referenced case has been scheduled for September 29, 2003 through October 7, 2003.

2. Counsel for Defendant is scheduled to be in trial in the Circuit Court for Allegany County, Maryland on September 29, 2003 through October 3, 2003 in *Nadeau, et al. v. Harshberger, et al.,* Case No. 01-C-01-019669 and in trial in the Circuit Court for Washington County, Maryland on October 6, 2003 through October 14, 2003 in *Ocker, et al. v. Uchino, et al.,* Case No. 21-C-02-14015-OT. (A copy of the Scheduling Orders are attached hereto as **Exhibits A&B**).

3. Defense counsel has only two trial lawyers. Frederick W. Goundry, III, a partner of the firm and the second trial lawyer, is schedule to be in trial in the United States District Court for the District of Maryland on September 30, 2003 through

October 3, 2003 in *Burkett, et al. v. Gaba, et al.,* Case No. JFM-02-CV-3345 (A copy of the Scheduling Order is attached hereto as **Exhibit C**).

WHEREFORE, for the foregoing reasons, Defendant, Gwen Harrison, M.D., respectfully requests that the trial be rescheduled to a later date.

_____/s/_____
Conrad W. Varner
Bar No. 03562
VARNER & GOUNDRY
A Professional Corporation
31 West Patrick Street, Suite 100
Frederick, Maryland  21701
(301) 631-1800
Attorneys for Defendant,
Gwyn Harrison, M.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June 2003, a copy of the foregoing **Motion for Continuance of Trial Date** was sent via electronic mail to:

Michael Rosendorf, Esquire
Janet, Willoughby & Gershon
8 Reservoir Circle, Suite 200
Baltimore, MD 21208

Gertrude C. Bartel, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

_____/s/_____
Conrad W. Varner

2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN LUCAS ENDERLE, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No. L01CV2849 |
| GWYN HARRISON, M.D., et al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of Defendant's Motion for Continuance of Trial Date and any response thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland;

ORDERED, that Defendant's Motion for Continuance of Trial Date is hereby GRANTED; and it is further,

ORDERED, that the trial be rescheduled to _____.

_____
Judge, United States District Court for
The District of Maryland