<u>**IN THE UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF MARYLAND**</u>

| | |
|---|---|
| JOHN LUCAS ENDERLE, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No. L01CV2849 |
| GWYN HARRISON, M.D., et al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF FILING LENGTHY EXHIBIT**</u>

Exhibits A-C, which is an attachment to Defendant, Gwyn Harrison's Motion for Continuance of Trial Date exists only in paper form and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                        /s/
                                        Conrad W. Varner
                                        Bar No. 03562
                                        VARNER & GOUNDRY
                                        A Professional Corporation
                                        30 West Patrick Street, Suite 700
                                        Frederick, Maryland  21701
                                        (301) 631-1800
                                        Attorneys for Defendant,
                                        Gwyn Harrison, M.D.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2003, a copy of the foregoing **Notice of Filing of Lengthy Exhibit** was sent via regular mail, postage prepaid to:

Michael Rosendorf, Esquire
Janet, Willoughby & Gershon
8 Reservoir Circle, Suite 200
Baltimore, MD 21208

Gertrude C. Bartel, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

_____
Conrad W. Varner