IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN LUCAS ENDERLE, a minor<br>by his Parents and Next Friends<br>JOHN & KAREN ENDERLE, *et al.* | *<br>*<br>* |
| Plaintiffs, | * |
| v. | *   Civil Action No.: L 01 CV 2849 |
| GWYN HARRISON, M.D., *et al.* | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, the attachment to Plaintiffs' Unopposed Motion to Authorize and Direct Specific Transaction without Appointment of Guardian, exists only in paper format and if scanned will be larger than 1.5 MB. These Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

/s/
_____
Michael C. Rosendorf

JANET, WILLOUGHBY & GERSHON,
GETZ & JENNER, LLC
Woodholme Center - Suite 320
1829 Reisterstown Road
Baltimore, Maryland 21208

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2003, the foregoing Unopposed Motion to Authorize and Direct Specific Transaction Without Appointment of Guardian was mailed first-class, postage pre-paid to:

Conrad W. Varner, Esquire
Varner & Goundry, P.C.
31 West Patrick Street, Suite 100
Frederick, Maryland 21701
    *Attorneys for Defendant Gwyn Harrison, M.D.*

Gertrude Bartel, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
    *Attorneys for Defendant Sacred Heart Hospital*

                                           /s/
                                  Michael C. Rosendorf