FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP -5  A 11: 44

CLERK'S OFFICE
AT BALTIMORE

———— DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JOHN LUCAS ENDERLE, a minor     *
by his Parents and Next Friends
JOHN & KAREN ENDERLE, et al.

      Plaintiffs,     *

v.                                     Civil Action No.: L 01 CV 2849

GWYN HARRISON, M.D., et al.     *

      Defendants.     *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## ORDER

This matter having come before the Court on Plaintiffs' Unopposed Motion to Authorize and Direct Specific Transaction Without Appointment of Guardian, and this Court having determined that the minor owns or is entitled to property in the form of settlement proceeds that requires management and protection and that it is in the minor's best interest to authorize and direct transfer of the settlement proceeds to a special needs trust, and other good cause appearing, it is this 3rd day of September, 2003, hereby

ORDERED, that said Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs and their counsel are authorized and directed to transfer the net settlement proceeds referred to in the Motion to the Trustees of the John Lucas Enderle Special Needs Trust; and it is

FURTHER ORDERED, that any future periodic payments arising from the resolution of the birth injury medical malpractice claim of John "Luke" Enderle be made payable to the Trustees of the John Lucas Enderle Special Needs Trust

                                                                       _/s/ Benson E. Legg_
                                                                       BENSON E. LEGG, JUDGE
                                                                       UNITED STATES DISTRICT COURT

Michael C. Rosendorf, Esquire
Janet, Willoughby, Gershon,
   Getz & Jenner, LLC
Woodholme Center - Suite 320
1829 Reisterstown Road
Baltimore, Maryland 21208
   *Counsel for Plaintiffs*


Conrad W. Varner, Esquire
Varner & Goundry, P.C.
31 West Patrick Street, Suite 100
Frederick, Maryland 21701
   *Attorneys for Defendant Gwyn Harrison, M.D.*

Gertrude Bartel, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
   *Attorneys for Defendant Sacred Heart Hospital*


Robert C. Lyons, CPA
6701 Democracy Boulevard, Suite 600
Bethesda, Maryland 20817
   *Co-Trustee of the John "Luke" Enderle*
   *Irrevocable Special Needs Trust*